IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, for the use and benefit of, MPI MECHANICAL, INC., a corporation of the State of Delaware,<br><br>    Plaintiff,<br><br> v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York,<br><br>    Defendant. | CIVIL ACTION<br><br><br>C.A. Number:<br><br><br><br>JURY TRIAL DEMANDED |
| MPI MECHANICAL, INC., a corporation of the State of Delaware,<br><br>    Plaintiff,<br><br> v.<br><br>MIG ENVIRONMENTAL, a corporation of the State of Delaware,<br><br>and<br><br>HIRANI ENGINEERING AND LAND SURVEYING, P.C., a corporation of the State of New York,<br><br>    Defendants. | |

## MPI MECHANICAL INC.'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, MPI Mechanical, Inc., discloses pursuant to Fed. R. Civ. P. 7.1 that it has no corporate parent and no publicly held company has an ownership interest of 10% or more in it.

1

DATED: September 7, 2007

        COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.

        */s/ Edward Seglias*
        Edward Seglias, Esquire
        1007 North Orange Street, Suite 1103
        Nemours Building
        Wilmington, DE 19801
        (302) 425-5089
        *Attorneys for Plaintiff*