UNITED STATES DISTRICT COURT

CASE NO.: 07-CV-00542

AFFIDAVIT OF SERVICE

**MPI MECHANICAL, INC.**

    Plaintiff/Petitioner,

vs.

**MIG ENVIRONMENTAL, ET AL.**

    Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **10/22/2007** at **01:23 PM** to be served upon:

**MIG ENVIRONMENTAL**

```
DELAWARE
NEW CASTLE    ss.
```

I, **ADAM GOLDEN**, depose and say that:

On **10/22/2007** at **02:47 PM**, I served the within **SUMMONS AND COMPLAINT** on **MIG ENVIRONMENTAL** at **1624 NEWPORT GAP PIKE, Wilmington, DE 19808** in the manner indicated below:

CORPORATE SERVICE: By delivering to and leaving same with **I.P, SINGH, MANAGER**
So served and authorized to accept service.

Description of person served:
**Sex: Male – Age: 35 – Skin: Indian – Hair: Black – Height: 6' – Weight: 180**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___22___ day of _____Oct_____, 20_07_.

Sworn to and subscribed before me on this __23__ day of ___Oct___, 20_07_
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **COHEN, SEGLIAS, PALLAS, GREENHALL &FURMAN**
Atty File#:  - Our File# 20945

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

MPI Mechanical, Inc.

V.

Mehar Investment Group, LLC, d/b/a
MIG Environmental and
Hirani Engineering and Land Surveying, P.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-cv-00542

TO: (Name and address of Defendant)

Mehar Investment Group, LLC, d/b/a
MIG Environmental
c/o Inderpreet Singh, Registered Agent
816 Cobble Creek Court
Newark, DE 19702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Seglias, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 North Orange Street, Suite 1130
Nemours Building
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _[signature]_

(By) DEPUTY CLERK

DATE 10/18/07