IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, for the use and benefit of MPI MECHANICAL, INC., a corporation of the State of Delaware,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York,<br><br>Defendant. | CIVIL ACTION<br><br>C.A Number: 07-cv-00542 |
| MPI MECHANICAL, INC., a corporation of the State of Delaware,<br><br>Plaintiff,<br><br>v.<br><br>MEHAR INVESTMENT GROUP, LLC, d/b/a MIG ENVIRONMENTAL, a limited liability company of the State of Delaware; and HIRANI ENGINEERING AND LAND SURVEYING, P.C., a corporation of the State of New York,<br><br>Defendants. | |

**TO THE CLERK OF COURT:**

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE:   G. Kevin Fasic, Esquire, of the Law Offices of G. Kevin Fasic hereby ENTERS his appearance as Counsel on behalf of *Defendants Westchester Fire Insurance Company and Hirani Engineering and Land Surveying, P.C.*, in lieu of the appearance previously entered for *Defendants Westchester Fire Insurance*

*Company and Hirani Engineering and Land Surveying, P.C.*, by Joseph Scott Shannon, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, whose appearance is hereby WITHDRAWN.

| | |
|---|---|
| **LAW OFFICES OF**<br>  **G. KEVIN FASIC, P.A.** | **MARSHALL, DENNEHEY, WARNER,**<br>  **COLEMAN & GOGGIN** |
| */s/ G. Kevin Fasic*<br>G. Kevin Fasic, Esquire<br>DE ID No. (3496)<br>1225 N. King Street, Suite 200<br>Wilmington, DE 19801<br>(302) 654-4501 | */s/ Joseph Scott Shannon*<br>Joseph Scott Shannon, Esquire<br>DE ID No. (3434)<br>1220 N. Market Street - 5th Floor<br>P.O. Box 8888<br>Wilmington, DE. 19899-8888<br>(302) 552-4300 |

Date: 4-1-08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES, for the use and benefit of MPI MECHANICAL, INC., a corporation of the State of Delaware, | : : : : | CIVIL ACTION |
| | : | C.A. Number: 07-cv-00542 |
| Plaintiff, | : : | |
| v. | : : | |
| WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York, | : : : : | |
| Defendant. | : | |
| MPI MECHANICAL, INC., a corporation of the State of Delaware, | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| MEHAR INVESTMENT GROUP, LLC, d/b/a MIG ENVIRONMENTAL, a limited liability company of the State of Delaware; and HIRANI ENGINEERING AND LAND SURVEYING, P.C., a corporation of the State of New York, | : : : : : : : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I., G. Kevin Fasic, Esquire, do hereby certify that on 2nd, April 2008, I caused a true and correct copy of the *Notice of Substitution of Counsel* to be served by the CM/ECF Electronic Filing, upon the following:

        Edward Seglias, Esquire
        Cohen Seglias Pallas Greenhill & Furman
        Nemours Building, Suite 1130
        1007 Orange Street
        Wilmington, DE 19801
        *Attorney for Plaintiff*

        /s/ G. Kevin Fasic
        G. Kevin Fasic, Esquire (DE 3496)