IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES for the benefit of MPI MECHANICAL, INC., a corporation of the State of Delaware,<br>            Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York,<br>            Defendant.<br><br>MPI MECHANCIAL, INC., a corporation of the State of Delaware,<br>            Plaintiff,<br><br>v.<br><br>MEHAR INVESTMENT GROUP, LLC, d/b/a MIG ENVIRONMENTAL, a limited liability company of the State of Delaware and HIRANI ENGINEERING AND LAND SURVEYING, P.C., a corporation of the State of New York,<br>            Defendants. | C.A. Number: 07-cv-00542 JJF |

**TO THE CLERK OF COURT:**

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

    PLEASE TAKE NOTICE:   Herbert G. Feuerhake, Esquire, hereby ENTERS his appearance as Counsel on behalf of *Defendant Mehar Investment Group, LLC, d/b/a MIG Environmental*, in lieu of the appearance previously entered for *Defendant Mehar Investment Group, LLC, d/b/a MIG Environmental*, by Joseph Scott Shannon, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, whose appearance is hereby WITHDRAWN.

| **HERBERT G. FEUERHAKE** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
|---|---|
| /s/ *signature* | /s/ *signature* |
| Herbert G. Feuerhake, Esquire | Joseph Scott Shannon, Esquire |
| DE ID No. (2590) | DE ID No. (3434) |
| 521 West Street | 1220 N. Market Street - 5th Floor |
| Wilmington, DE 19801 | P.O. Box 8888 |
| (302) 658-6101 | Wilmington, DE. 19899-8888 |
|  | (302) 552-4300 |

Date: 3/17/2008

15/589415.v1