IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, for the use and benefit of, MPI MECHANICAL, INC., a corporation of the State of Delaware, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York, | C.A. Number: 07-cv-00542 (JJF) |
| Defendant. | JURY TRIAL DEMANDED |
| MPI MECHANICAL, INC., a corporation of the State of Delaware, | |
| Plaintiff, | |
| v. | |
| MEHAR INVESTMENT GROUP, L.L.C., d/b/a, MIG ENVIRONMENTAL, a limited liability company of the State of Delaware, | |
| and | |
| HIRANI ENGINEERING AND LAND SURVEYING, P.C., a corporation of the State of New York, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between counsel for plaintiff United States, for the use and benefit of, MPI Mechanical Inc. ("MPI") and counsel for defendants Westchester Fire Insurance Company, Mehar Investment Group LLC, d/b/a MIG Environmental and Hirani Engineering and Land Surveying, PC (collectively, the "Defendants") that said parties have settled

and consent to the dismissal of all claims of MPI against Defendants and all claims of Defendants against MPI. All parties to this Stipulation further agree to bear their own costs and expenses. This Stipulation shall have no effect upon any claims between and among Defendants, as set forth in the Settlement Agreement and Release executed by MPI and Defendants.

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.

By: _____
Edward Seglias, Esquire
1007 North Orange Street, Suite 1103
Nemours Building
Wilmington, DE 19801
(302) 425-5089
*Attorneys for MPI Mechanical, Inc.*

LAW OFFICES OF G. KEVIN FASIC

By: _____
G. Kevin Fasic, Esquire
1225 King Street
Suite 200
Wilmington, DE 19801
(302) 654-4501
*Attorneys for Westchester Fire Insurance Company and Hirani Engineering and Land Surveying, PC*

LAW OFFICES OF HERBERT G. FEUERHAKE

By: _____
Herbert G Feuerhake, Esquire
521 West Street
Wilmington, DE 19801
(302) 658-6101
*Attorneys for Mehar Investment Group, LLC, d/b/a MIG Environmental*

BY THE COURT:

_____, J.
8/15/08